# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____              DOCKET NO. __22-cv-4823__

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of __B Hospitality Corp. d/b/a/Butler Hospitality__

in your district you cause to be made the sum of __Five Million Ninety-Two Thousand Seven Hundred Ninety-Six__ dollars and __Seventy-Two__ cents, ($ __5,092,796.72__ )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, __Kelly Buerger, individually and on behalf of others similarly situated,__

recovered against the said __B Hospitality Corp. d/b/a/Butler Hospitality, Defendant__

in an action between __Kelly Buerger, individually and on behalf of others similarly situated,__

PLAINTIFF and __B Hospitality Corp. d/b/a/Butler Hospitality, Defendant__

DEFENDANT, in favor of said __Plaintiff__

as appears by the record filed in the Clerk's Office of said District Court on the __13th__ day of __September__, in the year of __2022__

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____ day of _____ in the year of our Lord_____, and of the Independence of the United States the two hundred _____ year.

_____
CLERK

SDNY Web

05/2021

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Kelly Buerger, individually and on behalf of others similarly
-against-

B Hospitality Corp. d/b/a/Butler Hospitality

EXECUTION AGAINST PROPERTY

_____
_____

Attorney for
Plaintiff

_____
_____

Borough of Manhattan
City of New York

_____

To the Marshal:
You will levy and collect

Five Million Ninety-Two Thousand Seven Hundred
Ninety-Six _____ Dollars
and _____ Seventy-Two _____ cents,
with interest from the __13th__
day of __September__, __2022__,
besides your fees, etc.

_____
                                    Attorney